IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAMAR J. FULLMER,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-2247
LT Case Nos. 2007-CF-048940-A
          1999-CF-034908-A
          1999-037438-A

Decision filed January 10, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Lamar J. Fullmer, Orlando, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.